UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SKYTEC, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>LOGISTICS SYSTEMS, INC.,<br><br>                Defendant. | No. 15-cv-02104(BJM)<br><br>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Logistics Systems, Inc., Defendant, discloses that no corporation owns 10% or more of Logistics Systems, Inc.

Dated this 10th day of December, 2015.

                                      S/ CARLOS A. RODRIGUEZ VIDAL
                                      USDC-PR No. 201213
                                      **Attorney for Defendant-Counterclaimant**
                                      **Logistics Systems, Inc..**
                                      **GOLDMAN ANTONETTI & CORDOVA, PSC**
                                      POST OFFICE BOX 70364
                                      SAN JUAN, PR 00936-8364
                                      TEL. 787-759-4117
                                      FAX 787-767-9177
                                      crodriguez-vidal@gaclaw.com

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1- 1

GOLDMAN ANTONETTI & CORDOVA, LLC
PO BOX 70364
SAN JUAN, PR 00936-8364
TEL. (787) 759-4117
FAX (787) 767-9177

51484427.1

<u>/S LAUREN J. KING</u>
Lauren J. King, Admitted Pro Hac Vice
Attorney for Defendant-Counterclaimant
Logistics Systems, Inc.
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington  98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email:   kingl@foster.com

<u>/S SAMUEL T. BULL</u>
Samuel T. Bull, Admitted Pro Hac Vice
Attorney for Defendant-Counterclaimant
Logistics Systems, Inc.
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington  98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email:   bulls@foster.com

| CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1- 2 | GOLDMAN ANTONETTI & CORDOVA, LLC<br>PO BOX 70364<br>SAN JUAN, PR 00936-8364<br>TEL. (787) 759-4117<br>FAX (787) 767-9177 |
|---|---|

51484427.1