UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SKYTEC, INC.,

                                    Plaintiff,

        v.

LOGISTIC SYSTEMS, INC.,

                                    Defendant.

No. 3:15-CV-02104-BJM

The Honorable Bruce J. McGiverin

**JOINT INFORMATIVE MOTION IN COMPLIANCE WITH COURT'S ORDER
DATED JANUARY 29, 2018**

**TO THE HONORABLE COURT**:

**NOW COME**, Plaintiff Skytec, Inc. (hereinafter, "Skytec") and Defendant Logistic

Systems, Inc. (hereinafter, "LogiSYS") through their undersigned attorneys, and respectfully

inform as follows:

1.      Skytec filed an interlocutory appeal to the U.S. Court of Appeals for the First

Circuit on June 25, 2017.

2.      On September 12, 2017, the Court of Appeals issued an Order to Show Cause to

Skytec to move for voluntary dismissal of the appeal pursuant to Fed. R. App. P. 42(b), or to

JOINT INFORMATIVE MOTION IN COMPLIANCE WITH
COURT'S ORDER DATED JANUARY 29, 2018- 1
Case No. 3:15-CV-02104-BJM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

52944740.1

1
2
show cause, in writing filed by September 27, 2017, why the appeal should not be dismissed for lack of jurisdiction.

3
4
5
6
3.     At the same time, the First Circuit included the case in its Civil Appeals Management Program and issued a Notice of Mandatory Pre-Argument Settlement Conference to be held in San Juan on September 20, 2017.

7
8
9
10
4.     Due to the passage of Hurricanes Irma and Maria through Puerto Rico during the month of September, the Court's Notices Regarding Deadlines in Puerto Rico Cases automatically extended Skytec's term to voluntarily dismiss or to show cause until November 17, 2017.

11
12
13
5.     The CAMP Conference was rescheduled to take place and held on November 28, 2017.

14
15
16
17
18
6.     A second settlement conference was held on January 12, 2018.  At the conclusion of that conference, the parties agreed that the Court of Appeals should rule on the matter raised by its Order to Show Cause and that, if the appeal is dismissed for lack of appellate jurisdiction, the parties were willing to continue settlement conversations with the assistance of CAMP Settlement Counsel while the proceedings in this case are pending.

19
7.     The jurisdictional matter is submitted for a ruling by the Court of Appeals.

20
21
22
WHEREFORE, it is respectfully requested from this Honorable Court that it take note of these facts and deem its January 29, 2018 Order complied.

23
RESPECTFULLY SUBMITTED.

24
In San Juan, Puerto Rico, on February 5, 2018.

25
26

JOINT INFORMATIVE MOTION IN COMPLIANCE WITH
COURT'S ORDER DATED JANUARY 29, 2018- 2
Case No. 3:15-CV-02104-BJM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

**Counsel for Logistics Systems, Inc.:**

*s/ Carlos A. Rodriguez-Vidal*
Carlos A. Rodríguez-Vidal
USDC PR 201213
Crodriguez-vidal@gaclaw.com
Goldman Antonetti & Cordova, LLC
Post Office Box 70364
San Juan, PR 00936-8364

*s/ Samuel T. Bull*
Sam T. Bull
Washington State Bar No.: 34387
bulls@foster.com
Foster Pepper PLLC
1111 Third Ave. Suite 3000
Seattle, WA 98101

**Counsel for Skytec, Inc.:**

*s/ Edgar Hernandez Sanchez*
Edgar Hernandez Sanchez
USDC PR 216211
e_hernandez@cnrd.com

*s/ Fernando J. Fornaris*
Fernando J. Fornaris

USDC PR 127808
FFornaris@cnrd.com

Cancio Nadal Rivera & Diaz, P.S.C.
Post Office Box 364966
San Juan, PR 00936-4966
Tel. 787-767-9625
Fax 787-622-2229

JOINT INFORMATIVE MOTION IN COMPLIANCE WITH
COURT'S ORDER DATED JANUARY 29, 2018- 3
Case No. 3:15-CV-02104-BJM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3296
PHONE (206) 447-4400   FAX (206) 447-9700

52944740.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 5, 2018 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

Dated this 5th day of February, 2018 in Seattle, Washington.

_s/ Samuel T. Bull_
Samuel T. Bull
Washington State Bar No. 34387
_Pro Hac Vice_ Counsel for Logistic Systems, Inc.
Foster Pepper PLLC
1111 Third Ave. Suite 3000
Seattle, WA  98101
Sam.Bull@Foster.com

JOINT INFORMATIVE MOTION IN COMPLIANCE WITH
COURT'S ORDER DATED JANUARY 29, 2018- 4
Case No. 3:15-CV-02104-BJM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

52944740.1