UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SKYTEC, INC.,<br><br>**Plaintiff**,<br><br>v.<br><br>LOGISTICS SYSTEMS, INC.,<br><br>**Defendant**. | **Case No.:** 15-cv-02104 (BJM)<br><br>**Re:** Declaratory Judgment, Temporary Restraining Order, Preliminary Injunction, Breach of Distribution Contract, Damages<br><br>Jury Trial is Demanded |

## JOINT MOTION FOR LEAVE TO WITHDRAW AND RETAIN NEW COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW**, plaintiff Skytec, Inc., through the undersigned counsel, and very respectfully state and pray as follows:

1. On September 12, 2018, the undersigned counsel requested leave of court authorizing the undersigned counsel's and the and the law firm of Cancio Nadal Rivera & Díaz, P.S.C.'s withdrawal as counsel for Skytec (docket no. 164), which request is pending before this Honorable Court.

2. Subsequently, Skytec retained the undersigned counsel, Alexis Fuentes Hernández, Esq., as its bankruptcy attorney, who has accepted under said designation and assignment to appear as counsel for Skytec in the instant case.

**WHEREFORE**, Skytec, respectfully request from this Honorable Court to:

a. take notice of the above for all pertinent purposes;

b. enter Order authorizing Edgar Hernández Sánchez and the law firm of Cancio Nadal Rivera & Díaz, P.S.C.'s withdrawal as counsel for Skytec;

c. enter Order granting Alexis Fuentes Hernández's appearance as counsel for Skytec and that all future notices addressed to Skytec are henceforth served upon the said counsel; and

d. grant any other relief deemed proper under the Law and/or Equity.

In San Juan, Puerto Rico, this 14th day of December of the year 2018.

**CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
P.O. Box 364966
San Juan, P.R.  00936-4966
403 Ave. Muñoz Rivera
Hato Rey, P.R. 00918-3345
Tel. (787) 767-9625
Fax (787) 622-2229

*s/ Edgar Hernández Sánchez*
EDGAR HERNÁNDEZ SÁNCHEZ
USDC-PR 216211
e_hernandez@cnrd.com


**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, P.R. 00902
Tel. (787) 722-5216

*s/Alexis Fuentes Hernández*
ALEXIS FUENTES HERNÁNDEZ
USDC-PR 217201
fuenteslaw@icloud.com

# CERTIFICATE OF SERVICE

IT IS CERTIFIED, that on this date the foregoing motion has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of said filing to the counsels of record.

In San Juan, Puerto Rico, this 14th day of December of the year 2018.

**CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
P.O. Box 364966
San Juan, P.R.  00936-4966
403 Ave. Muñoz Rivera
Hato Rey, P.R. 00918-3345
Tel. (787) 767-9625
Fax (787) 622-2229

*s/ Edgar Hernández Sánchez*
EDGAR HERNÁNDEZ SÁNCHEZ
USDC-PR 216211
e_hernandez@cnrd.com


**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, P.R. 00902
Tel. (787) 722-5216

*s/Alexis Fuentes Hernández*
ALEXIS FUENTES HERNÁNDEZ
USDC-PR 217201
fuenteslaw@icloud.com