# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**SKYTEC, INC,**

    Plaintiff,

    v.

**LOGISTIC SYSTEMS, INC.,**

    Defendant.

**CIVIL NO. 15-2104 (BJM)**

## FINAL JUDGMENT

Judgment is hereby entered for Logistic against Skytec in the amount of $4,161,858.38 on Logistic's state law claim for breach of contract.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of March, 2019.

                                            *s/Bruce J. McGiverin*
                                            BRUCE J. McGIVERIN
                                            United States Magistrate Judge